IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02990-WYD-MEH

WILDEARTH GUARDIANS,

      Plaintiff,

v.

KEN SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      On February 4, 2010, this case was reassigned to me.  Accordingly, Plaintiff's Motion for Summary Judgement [6], filed February 2, 2010, is **DENIED WITHOUT PREJUDICE** as it does not comply with my Practice Standards.  The parties are ordered to review and comply with all directives contained in my practice standards.

      Dated:  February 5, 2010.